**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NADRECA REID, Individually and as the
representative of a class of similarly situated persons,

                              Case No.   1:23-cv-9235-JMF

             Plaintiff,

- against -

SEWING DOWN SOUTH, LLC,

             Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Nadreca Reid, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Sewing Down South, LLC.

Dated: Scarsdale, New York
       December 13, 2023

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

                                              By: _/s/ Dan Shaked_____
                                              Dan Shaked, Esq.

Any pending motions are moot. All conferences are canceled. The Clerk is directed to close the case.

                                              14 Harwood Court, Suite 415
                                              Scarsdale, NY 10583
                                              Tel. (917) 373-9128
                                              e-mail: ShakedLawGroup@Gmail.com

SO ORDERED.

_/s/ Jesse M. Furman_
December 14, 2023